IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 07–cv–00509–EWN–MJW

CHER CHAVEZ, Individually and as
Mother and Next Friend of Laura Chavez, a
Minor Child, and Bradley Chavez, a Minor
Child,

      Plaintiff,

v.

JAMES CHARLTON,

      Defendant.

---

## ORDER

---

This matter is before the court on a notice that the sole defendant has filed bankruptcy proceedings. It is therefore

ORDERED that all further proceedings in this case are vacated and that the clerk shall administratively close the case, subject to re-opening if relief from the stay is granted.

Dated this 18th day of April, 2007.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge