IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  Date: October 12, 2007
Therese Lindblom, Court Reporter

Civil Action No. 07–cv–00509–EWN–GDR

*Parties:*   *Counsel:*

CHER CHAVEZ,   John Killian

    Plaintiff,

v.

JAMES CHARLTON,   Brian Waters

    Defendant.

---

### COURTROOM MINUTES

---

**Status Conference**

**2:19 p.m.**   Court in session.

Discussion regarding conferral.

**ORDERED:**   **Plaintiff's Motion to Re-Open (#22, filed September 19, 2007) is GRANTED. This case will be assigned to Magistrate Judge Gudrun J. Rice for case management.**

**2:26 p.m.**   Court in recess.

Hearing concluded.

Total time in court:  00:07