IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 07-cv-00509-EWN-GJR

CHER CHAVEZ, Individually and as
Mother and Next Friend of Laura Chavez,
A Minor Child, and Bradley Chavez,
A Minor Child,

    Plaintiff(s),

v.

JAMES CHARLTON,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED: March 18, 2008

    The Plaintiffs' Unopposed Motion to Amend Scheduling Order is DENIED.

    Counsel are directed to the general case management order and order of reference to U.S. Magistrate Judge entered by the Honorable Edward W. Nottingham on October 15, 2007 and the dispositive motion deadline of June 12, 2008 entered therein by Chief Judge Nottingham.

    The Magistrate Judge does not find sufficient reason to believe that there is good cause to extend the dispositive motion deadline. The Magistrate Judge declines to recommend to Chief Judge Nottingham that the dispositive motion deadline be extended.