IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 07-cv-00509-EWN-GJR

CHER CHAVEZ, Individually and as
Mother and Next Friend of Laura Chavez,
A Minor Child, and Bradley Chavez,
A Minor Child,

    Plaintiff(s),

v.

JAMES CHARLTON,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED:  March 25, 2008

    This matter comes before the Court on the Plaintiffs' Motion to Amend Scheduling Order and Request for Expedited Ruling.

    Considering the Motion of the Plaintiffs' filed with the Court on March 20, 2008 (Doc 55), the Response to the motion filed by the Defendant on March 21, 2008 (Doc 57), the Reply of the Plaintiffs' filed on March 25, 2008 (Doc 59) the Court finds good cause to amend the Scheduling Order as follows:

        expert disclosure deadline: April 18, 2008

        rebuttal expert disclosure deadline: May 30, 2008

    All other dates shall remain the same.