IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 07-cv-00509-EWN-GJR

CHER CHAVEZ, Individually and as
Mother and Next Friend of Laura Chavez,
A Minor Child, and Bradley Chavez,
A Minor Child,

    Plaintiff(s),
v.

JAMES CHARLTON,

    Defendant.

---

**ORDER RE: PLAINTIFFS' MOTION TO CLARIFY REQUEST FOR CLARIFICATION OF THE COURT'S MAY 5, 2008 ORDER (docket # 66)**

---

Plaintiffs' Request for Clarification of the Court's May 5, 2008 Order is **GRANTED**.

On May 2, 2008 the Defendant filed a Motion to Compel Rule 35 Exams (docket # 63).

During the course of a previously scheduled hearing in this matter held on May 5, 2008, (docket # 65) Plaintiff agreed to submit to two examinations requested by the Defendant.

Pending the Plaintiffs' submission to the two requested examinations, this Court stayed (docket # 65) ruling on the Defendant's Motion to Compel.

The parties are advised by this Order clarifying the Stay that all briefing on the Motion to Compel is also stayed.

Defendant is directed to notify the Court, by no later than June 4, 2008, whether the Defendant requests that the Motion to Compel be declared moot.

DATED: May 30, 2008 at Grand Junction, Colorado.

BY THE COURT:

s/Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge