IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 07-cv-00509-EWN-GJR

CHER CHAVEZ, Individually and as
Mother and Next Friend of Laura Chavez,
A Minor Child, and Bradley Chavez,
A Minor Child,

    Plaintiff(s),

v.

JAMES CHARLTON,

    Defendant.

---

MINUTE ORDER: DENYING MOTION TO COMPEL (docket # 63)

---

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED: June 10, 2008

    Defendant requests, in his response to Court Order filed June 4, 2008 (docket # 75), that the Motion to Compel (docket # 63) be declared moot.

    Defendant's Motion to Compel Rule 35 Examinations and Request for Extension of Rebuttal Expert Deadline is therefor DENIED as moot.