IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-509-EWN-GJR

CHER CHAVEZ, Individually and as Mother and
Next Friend of LAURA CHAVEZ, a Minor Child,
and BRADLEY CHAVEZ, A Minor Child,
Plaintiff,

vs.

JAMES CHARLTON,

Defendant.

---

**ORDER GRANTING
MOTION FOR APPROVAL OF SETTLEMENT OF PERSONAL INJURY CLAIM OF
MINOR CHILDREN**

---

The COURT, having reviewed Lonnie Chavez and Cher Chavez' Motion for Approval of Settlement of Personal Injury Claim of Minor Children and being fully informed in the matter does hereby:

FIND that good cause exists for granting the motion. The Court does hereby:

GRANT said motion and approves the settlements of Laura and Bradley Chavez for $1,500.00 per child plus satisfaction of the medical payment subrogation interest Safeco has asserted for medical payments it made on behalf of Laura and Bradley Chavez. The Court orders that Cher Chavez, as mother and next friend of Laura Chavez and Bradley Chavez, spend the $1,500 allocated to each child reasonably and exclusively for the benefit of each child.


Dated: <u>October 1, 2008</u>　　　　　　　　　　　s/ Edward W. Nottingham
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge