IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 07-cv-00509-EWN-GJR

CHER CHAVEZ, Individually and as
Mother and Next Friend of Laura Chavez,
A Minor Child, and Bradley Chavez,
A Minor Child,

    Plaintiff(s),
v.

JAMES CHARLTON,

    Defendant.

---

**ORDER RE: DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' DESIGNATION OF NON-RETAINED EXPERTS (docket # 88) and
MOTION TO STRIKE PLAINTIFFS' DESIGNATION OF DR. QUICK (docket # 89)**

---

The parties having reached settlement agreement in this matter the Defendant's Motion to Strike Plaintiffs' Designation of Non-Retained Experts (docket #88) and Defendant's Motion to Strike Plaintiffs' Designation of Dr. Quick (docket #89) are DENIED as moot.

DATED: October 16, 2008 at Grand Junction, Colorado.

                            BY THE COURT:

                            s/Gudrun J. Rice

                            Gudrun J. Rice
                            United States Magistrate Judge